OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED FIRST CLASS

02 1M     **$ 00.26⁵**
0004279596     DEC 18 2014
MAILED FROM ZIP CODE 78701

12/17/2014
COLEMAN, TONY JEROME    Tr. Ct. No. W04-73103-Y (A)      WR-81,996-01
This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

TONY JEROME COLEMAN
GOREE UNIT - TDC# 1628223
P.O. BOX 38
HUNTSVILLE, TX 77344                    ANK

N3B 77342